ARTHUR ECKSTEIN and Another, Plaintiffs, *v.* CHAPKEWITZ FUR Co., INC., Defendant.

Supreme Court, New York County, November 29, 1927.

**Landlord and tenant — existence of lease — acceptance of unrevoked offer constitutes contract — temporary injunction denied.**

When the defendant accepted the plaintiffs' offer to extend the term of the lease, which offer was unrevoked at the time of the acceptance, an enforcible contract came into existence.

A temporary injunction restraining the defendant from occupying the premises and from interfering with the plaintiffs' possession thereof is denied on condition that the action be brought to trial immediately.

MOTION by the plaintiffs for a temporary injunction restraining defendant from occupying the premises involved and for interfering with plaintiffs' possession thereof.

*Carl Sherman,* for the plaintiffs.

*S. John Block,* for the defendant.

FRANKENTHALER, J. Plaintiffs now make the point that no consideration was necessary since the extension amounted to an

offer which was accepted while still unrevoked.   In this they appear to ̦be correct.   Consideration is only necessary to make an offer irrevocable for the period agreed upon.   An option is nothing more than an irrevocable offer.   (Clark N. Y. Law Cont. 34.)   In the absence of consideration the offer may be withdrawn at any time, but if accepted prior to such withdrawal it ripens into a binding contract (Elliott Cont. § 232; 13 C. J. 295; James Option Cont. § 334.)   Defendant has made no claim that the offer contained in the extension was revoked prior to plaintiff's acceptance thereof. Plaintiffs would seem, therefore, to be entitled to the relief prayed for.   In view, however, of the drastic character of the remedy sought the defendant will be given an opportunity to proceed to immediate trial by filing a stipulation within two days from date hereof agreeing to an immediate trial, in which event the motion will be denied and the cause set down for trial for the 5th day of December, 1927.   Otherwise the motion will be granted.   Submit order.